UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

v.                                              Case Nos.:     3:13cr34/RV/CJK
                                                               3:13cv609/RV/CJK

JOSEPH D. PETERSON

_____/

## ORDER

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 4, 2014 (doc. 319).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Defendant's motion to vacate, set aside, or correct sentence (doc. 301) is **DENIED**.

     3.     A certificate of appealability is **DENIED**.

     **DONE AND ORDERED** this 8th day of May, 2014.


        /s/ *Roger Vinson*_____
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**